Entered on Docket
May 11, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**TIFFANY & BOSCO, P.A**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
glw@tblaw.com
Fax: 702 258-8787

Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-2 Asset Backed Notes
11-70896

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 11-13482-LBR |
|---|---|
| Ronald E. Miller | Date: 5/4/2011<br>Time: 10:30 am |
| | Chapter 13 |
| Debtor | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is vacated and extinguished for all purposes as to Secured Creditor Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-2 Asset Backed Notes, its assignees and/or successors in interest, of the subject property, generally described as 9016 Ackerman Avenue, Las Vegas, NV 89143.

1  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

2  Debtor at least seven business days' notice of the time, place and date of sale.

3

4  Submitted by:

5

   TIFFANY & BOSCO, P.A
6
   By: _____ #10235
7  Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
8
   APPROVED / DISAPPROVED
9
   By: _____
10 Anthony V. Sorrentino
   Attorney for Debtor(s)
11

12 APPROVED / DISAPPROVED

13 By:_____
   Rick A. Yarnall
14 Chapter 13 Trustee

15

16

17

18

19

20

21

22

23

24

25

26

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_X_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or     \_\_\_\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or     _X_ failed to respond to the document

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor